GARY M. RESTAINO
United States Attorney
District of Arizona
WILLIAM B. RUBENS
Assistant U.S. Attorney
New York State Bar No. 4322533
7102 East 30th Street, Ste 101
Yuma, Arizona 85365
Telephone: 928-314-6410
Email: William.Rubens@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Raul Humberto Burboa-Navarro,<br><br>　　　　　Defendant. | No. 2:21-cr-00633-SPL-1<br><br>**SENTENCING MEMORANDUM** |

## I.　PROCEDURAL HISTORY.

On February 28, 2022, in the District of Arizona, the defendant pleaded guilty to he sole of an Indictment charging the offense of Transportation of Aliens for Profit in violation of Title 8 Section 1324(a)(1)(A)(v)(I), (a)(1)(ii), and (a)(1)(B)(i), after he was encountered by Yuma Sector Border Patrol agents in Yuma County, Arizona, within the District of Arizona, on July 10, 2021.  The defendant's pretrial sentencing report (PSR) was filed on May 2, 2022, and the United States has no objections to the information or guideline calculations contained within.

The defendant pleaded guilty to the instant offense via a written plea agreement. After all applicable enhancements and adjustments, the defendant's guideline offense range for the instant offense is between 18 to 24 months imprisonment.  The PSR recommends a low-end sentence of 18 months imprisonment.  The United States agrees with this recommendation.

## II. CRIMINAL AND PERSONAL HISTORIES.

### A. Criminal Convictions and Arrests.

The defendant has had a number of contacts with law enforcement for various petty offenses, none have resulted in a conviction.

## SENTENCING AND DISPOSITION RECOMMENDATION.

### A. USSG § 2L1.1(b)(6). Enhancement

The PSR recommends that the defendant receive a 6-level enhancement for the transportation of aliens in a manor that intentionally or recklessly created a substantial risk of injury or death. The defendant had four aliens in his vehicle, and two were placed in his trunk. This was on a July day in Yuma, when the high temperature was at least 104 degrees. Even a short amount of time in the truck of a car in that heat, even for a young and healthy person, could have easily resulted in serious injury or death.

### B. Sentencing

The United States respectfully recommends the low-end sentence of 18 months imprisonment. A sentence of 18 months imprisonment is vital to justly punish the defendant, promote greater respect for the laws of the United States, and reflect the seriousness of the offense of Transportation of Aliens for Profit.

In consideration of the defendant's personal history, minor role in this offense and prior criminal convictions, a lesser sentence than the low-end of 8 months imprisonment would fail to accomplish the sentencing objectives of Title 18 United States Code Section 3553(a).

Respectfully submitted this 2nd of May, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/ William Rubens
WILLIAM RUBENS

Assistant United States

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2nd, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Mathew Bartz Defense Counsel
By: /s/ William Rubens